## STURGEON *v.* The STATE.

Where an offence is created by statute, and a specific remedy prescribed, that
remedy alone can be pursued.

ERROR to the *Crawford* Circuit Court.—Indictment for re-
tailing spirituous liquors without license. Plea, not guilty. Ver-
dict and judgment against the defendant below.

*Friday,
July* 9.

BLACKFORD, J.—The statute of 1817, by authority of which
this prosecution was instituted, declares, that for every offence
against its provisions, the offender shall pay three dollars; and
that all fines imposed by virtue of this act, shall be collected by
justices of the peace, in the proper townships. Therefore, the
offence charged was not indictable, and the Circuit Court had
no jurisdiction of the case (1).

*Per Curiam.*—The judgment is reversed.

*Dewey,* for the plaintiff.

(1) Where a statute makes unlawful that which was lawful before, and
appoints a *specific* remedy, that remedy must be pursued and no other. But
if the offence were before punishable at common law, then the particular re-
medy given by statute is *cumulative,* and in such case, either the statutory or
common law remedy may be pursued. *Rex* v. *Robinson,* 2 Burr. 799.—1
Will. Saund. 135, note 4. Ibid. 250, e, note 3.